IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:11cr110-MHT |
| | ) | (WO) |
| ADRIAN TYRELL JONES | ) | |

**ORDER**

Based upon the representations made on the record on October 8, 2020, and to allow for disposition of the city charges if possible, it is ORDERED that:

(1) The petition for revocation of supervised release (doc. no. 58) is set for an in-person evidentiary hearing on January 22, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) The clerk of the court shall issue a summons for defendant Adrian Tyrell Jones to appear.

DONE, this the 13th day of October, 2020.

                                       /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**